UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ANTHONY MCCLINTON,
    Plaintiff,

v.                                Case No. 13-CV-1184

KENOSHA COUNTY DETENTION CENTER and OFFICER JULIUS #1419,
    Defendants,

### ORDER

Plaintiff, Anthony McClinton, who is proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 along with a motion for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. By order dated October 31, 2013, I directed plaintiff to forward to the Clerk of Court by November 21, 2013, the sum of $33.42 as an initial partial filing fee in this action. Plaintiff was advised that, upon payment of this fee, I would determine whether the action can proceed in forma pauperis. To date, plaintiff has not paid this partial filing fee. From this failure to pay the initial filing fee, I infer that plaintiff no longer wants to prosecute this action.

**THEREFORE, IT IS ORDERED** that this action be and hereby is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**IT IS ALSO ORDERED** that a copy of this order be sent to the warden of the institution where the inmate is confined.

Dated at Milwaukee, Wisconsin, this 5th day of December, 2013.

                                              s/ Lynn Adelman
                                              _____
                                              LYNN ADELMAN
                                              District Judge